Argued and submitted December 6, 1993, reversed June 22, 1994

## CITY OF PORTLAND,
*Respondent,*

*v.*

## Yvonne ATHERTON,
*Appellant.*

(DA420721-9005; CA A66563)

875 P2d 1207

Garrett A. Richardson argued the cause and filed the brief for appellant.

Madelyn F. Wessel, Deputy City Attorney, argued the cause and filed the brief for respondent.

Before Deits, Presiding Judge, and Riggs and Haselton,* Judges.

PER CURIAM

Reversed. *City of Eugene v. Kruk*, 128 Or App 415, 875 P2d 1190 (1994).

---

* Haselton, J., *vice* Durham, J.